JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANDRE STALLWORTH, | Case No. LA CV 16-7135 RGK (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF LOS ANGELES, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Certificate of Appealability.

DATED: August 29, 2017    _____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE